**Order filed June 12, 2012**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-12-00248-CV

———————————

**EDWARD PAUL CELESTINE, Appellant**

**V.**

**COURTYARD OF THREE FOUNTAINS ASSOCIATION AND KRJ MANAGEMENT, INC., Appellees**

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1006812**

## O R D E R

The notice of appeal in this case was filed March 23, 2012. The clerk's record was filed March 28, 2012. To date, the filing fee of $175.00 has not been paid. The Harris County Clerk's contest of appellant's affidavit of indigence was sustained by the trial court on March 21, 2012, and appellant was ordered to pay costs. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **June 27, 2012.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM